United States District Court
Southern District of Texas
**ENTERED**
August 27, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**

| | | |
|---|---|---|
| CEDRIC GREENE,<br>"Plaintiff," | §<br>§<br>§ | |
| v. | §<br>§ | Civil Action No. 1:26-cv-00586 |
| LONG BEACH TRANSIT,<br>"Defendant," | §<br>§<br>§<br>§ | |

**ORDER**

Before the Court are Plaintiff's "Complaint for a Civil Case" (Dkt. No. 1) ("Complaint"), "Motion/Application to Proceed In Forma Pauperis" (Dkt. No. 2) ("Motion to Proceed in Forma Pauperis"), "Motion and Request for Court-Ordered Alternative Methods" (Dkt. No. 8) ("Motion for Alternative Methods"), the Magistrate Judge's "Report and Recommendation to Dismiss Plaintiff's Petition for Lack of Subject Matter Jurisdiction" (Dkt. No. 10) ("Report & Recommendation"), and "Objections and Proposed Civil Case Venue Transfer" (Dkt. No. 14) ("Objections").

After a *de novo* review of the file, the Report and Recommendation (Dkt. No. 10) is **ADOPTED**. It is therefore **ORDERED, ADJUDGED**, and **DECREED** that Plaintiff's Complaint (Dkt. No. 1) is **DISMISSED without prejudice** for lack of subject matter jurisdiction. Accordingly, Motion to Proceed in Forma Pauperis (Dkt. No. 2) and Motion for Alternative Methods (Dkt. No. 8) are **DENIED as moot**. The Clerk of Court is **ORDERED** to close the case.

SIGNED this August 27, 2026

Rolando Olvera
United States District Judge